CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 24 2014

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| TYRONE A. FERGUSON, JR., | ) CASE NO. 7:14CV00107 |
| Plaintiff, | ) |
| | ) FINAL ORDER |
| v. | ) |
| HAROLD CLARK, DIRECTOR, ET AL., | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant(s). | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and § 1367(c), and this action is stricken from the active docket of the court.

ENTER: This 24th day of June, 2014.

/s/ Glen Conrad
Chief United States District Judge